UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MICHAEL C. HOOPER** | **CIVIL ACTION** |
| **VERSUS** | **No. 06-6329** |
| **J. CHRIS PAZOS, AMERICAN NATIONAL INSURANCE CO., ANPAC LOUISIANA INSURANCE COMPANY, AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY AND AMERICAN NATIONAL GENERAL INSURANCE COMPANY** | **SECTION "C"** |

### ORDER AND REASONS

Before the Court is a Motion to Remand filed by the plaintiff, Michael C. Hooper ("Plaintiff") (Rec. Doc. 5), in which he claims that this Court does not have jurisdiction over their case under either 28 U.S.C. § 1332 or 28 U.S.C. § 1369, the Multiparty, Multiforum Trial Jurisdiction Act ("MMTJA"). The defendants do not oppose the motion. The motion is before the Court on the briefs, without oral argument. Having considered the memorandum of counsel, the record and the applicable law, the Court finds that remand is appropriate.

In its Notice of Removal, defendant ANPAC Louisiana Insurance Company (erroneously referred to as American National Property and Casualty Company)

("ANPAC") asserted that this Court has jurisdiction over this case based on the MMTJA, 28 U.S.C. § 1369. This Court has previously held that the MMTJA is not applicable in cases such as this. Hurricane Katrina itself was not an "accident" within the terms of § 1369. See, *Fidelity Homestead Ass'n,* 2006 WL 2873562; *Southern Athletic Club, LLC,* 2006 WL 2583406, *6; *Berry v. Allstate Ins. Co.,* 2006 WL 2710588, *3 (E.D.La. 2006) (J. Zainey); *Carroll v. Lafayette Ins. Co.,* 2006 WL 2663013, *3 (E.D.La. 2006) (J. Lemelle); *Southall v. St. Paul Travelers Ins. Co. et. al.,* 2006 WL 2385365, *5 (E.D.La. 2006) (J. Barbier). Therefore, ANPAC cannot rely on the MMTJA for subject matter jurisdiction.

Also, the Plaintiff points out that there is no diversity in this case. He and defendant J. Chris Pazos are both citizens of Louisiana.[1] Therefore, the Court does not have jurisdiction under 28 U.S.C. § 1332.

Accordingly,

IT IS ORDERED that the Motion to Remand is hereby **GRANTED**.

New Orleans, Louisiana this 9th day of March, 2007.

                                                 HELEN G. BERRIGAN
                                                 UNITED STATES DISTRICT JUDGE

---

[1] None of the defendants argue that J. Chris Pazos is fraudulently joined. As a result, the Court assumes that he is a proper defendant to this action.